IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 24 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| WESTERN MUNICIPAL CONSTRUCTION, INC., a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZIRKELBACH CONSTRUCTION, INC., a Florida corporation, SUNCAP BILLINGS, LLC, a Montana limited liability company, JELA, LLC, a Montana limited liability company, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Defendants. | CV 16-30-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED.

DATED this 24th day of August, 2017.

SUSAN P. WATTERS
United States District Judge