IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 25 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| WESTERN MUNICIPAL CONSTRUCTION, INC., a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZIRKELBACH CONSTRUCTION, INC., a Florida corporation, SUNCAP BILLINGS, LLC, a Montana limited liability company, JELA, LLC a Montana limited liability company, and FIDELITY DEPOSIT COMPANY OF MARYLAND,<br><br>Defendants. | CV 16-30-BLG-SPW<br><br>ORDER |

Upon the parties' Stipulation to Dismiss Case with Prejudice, Pursuant to Fed.R. Civ.P. 41(a)(1)(A)(ii) (Doc. 45), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 25th day of September, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1