

**FILED**

FEB 2 6 2018

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| WESTERN MUNICIPAL CONSTRUCTION, INC., a Montana corporation, | Case No. CV 16-30-BLG-SPW |
| Plaintiff, | |
| v. | **ORDER GRANTING RELEASE OF TRANSCRIPT** |
| ZIRKELBACH CONSTRUCTION, INC., a Florida corporation, SUNCAP BILLINGS, LLC, a Montana limited liability company, JELA, LLC, a Montana limited liability company, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND | |
| Defendants. | |

Upon Fidelity and Deposit Company of Maryland's Unopposed Motion for

Release of the Transcript (Doc. 47) of proceedings conducted by Magistrate Judge

Timothy J. Cavan on August 23, 2017, which contains a record of a Settlement

Conference among the parties in the subject litigation, and good cause appearing,

IT IS HEREBY ORDERED that the transcript of proceedings conducted by Magistrate Judge Cavan on August 23, 2017 be released to Fidelity and Deposit Company of Maryland.

DATED this 26th day of February, 2018.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT JUDGE